IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES

vs.                                    NO: 4:07cr000269-01 WRW

JASON LEON REED

## ORDER

The Order of Detention issued February 22, 2008 is hereby withdrawn and rendered moot.[1]  The United States Attorney is directed to inform the office of the clerk (criminal docketing section) whether the government chooses to issue summons or a warrant for Mr. Reed's appearance.

IT IS SO ORDERED this 3rd day of March, 2008, *nunc pro tunc* to February 22, 2008..

UNITED STATES MAGISTRATE JUDGE

---

[1] The court has been informed that Mr. Reed was recently released from custody in Texas despite the prior issuance of a detainer from this court.  Mr. Reed reported to his attorney and a hearing was scheduled for February 22, 2008.  The hearing was subsequently continued upon request of Mr. Reed's attorney and without objection by the government.