PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 22 2010
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jason Leon Reed                    Case Number: 4:07CR00269-001 WRW

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
                                        United States District Judge

Offense:                Possession and passing counterfeit currency

Date of Sentence:       December 19, 2008

Sentence:               9 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment, financial disclosure, no new lines of credit without approval, $450 restitution and $100 special penalty assessment

Type of Supervision:    Supervised Release        Date Supervision Commenced: November 1, 2009
                                                  Expiration Date: October 31, 2012

Asst. U.S. Attorney:    Edward Walker              Defense Attorney: Jenniffer Horan

U.S. Probation Officer: Brent J. Young
Phone No.: 501-604-5284

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall abstain from the use of alcohol throughout the term of supervised release.**

### CAUSE

On March 7, 2010, Mr. Reed was arrested by a deputy with the Conway County Sheriff's Office, Morrilton, Arkansas, for the offense of public intoxication. According to the arresting deputy, a person contacted the sheriff's office and stated a man came to her door requesting assistance because he and his wife had a flat tire and ran into a ditch. The deputy was dispatched to the location and found Mr. Reed sleeping in the vehicle. Mr. Reed was intoxicated and had a bottle of whisky. Mr. Reed was arrested and transported to the Conway County Detention Center, Morrilton, Arkansas. He paid $170 and was released.

On March 19, 2010, Mr. Reed signed a Prob 49, Waiver of Hearing to Modify Conditions of Supervised Release agreeing to the modification. Federal Public Defender Jenniffer Horan reviewed the modification with Mr. Reed and had no objections.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Jason Leon Reed                Case Number: 4:07CR00269-001 WRW

_____          _____
Brent J. Young                                    Edward Walker
U.S. Probation Officer                            Assistant U.S. Attorney

Date: April 8, 2010                               Date: APRIL 19, 2010

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

4/22/2010
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

BJY/jkr

c:  Jason Leon Reed, 10 Small Street, Greenbrier, AR 72058
    Assistant U.S. Attorney, Edward Walker, P.O. Box 1229, Little Rock, AR 72203
    Federal Public Defender, Jenniffer Horan, 401 West Capitol Avenue, Suite 490, Little Rock,
    AR 72201

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall abstain from the use of alcohol throughout the term of supervised release.**

Witness: _____    Signed: _____
U.S. Probation Officer                  Probationer or Supervised Releasee

_____3-18-10_____
DATE

Signed: _____
Federal Defender